**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vincent HUDSON, a.k.a. Goldie,**
**Defendant–Appellant.**

**No. 14–15480**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2015.

Before TJOFLAT, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed appellate counsel for Vincent Hudson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Hudson's convictions and sentences are AFFIRMED.